UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS ROEHRMAN and ANNAMARIE STAPINSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MALWAREBYTES INC.,<br><br>    Defendant. | Case No. 1:24-cv-01039-TWP-MG<br><br>**CLASS ACTION** |

**PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiffs Thomas Roehrman and Annamarie Stapinski, pursuant to the Parties' Joint Case Management Plan (ECF No. 17), to be approved by separate Order (ECF No. 20), submit the following Preliminary Witness and Exhibit List. Discovery is ongoing and Plaintiffs reserve the right to add or remove Witnesses and Exhibits as the case progresses through discovery.

**I.    Witnesses**

   1. Thomas Roehrman.

   2. Annamarie Stapinski.

   3. Ameet Matharu.

   4. Mark Beare.

   5. Farees Mohiuddin.

   6. As of yet unidentified representatives of Malwarebytes Inc.

   7. As of yet unidentified representatives of WeWe Media Group Pte Ltd.

   8. Plaintiff's as of yet unidentified Expert Witnesses.

**II.   Exhibits**

1. Copies of confirmation of registration of Plaintiffs' telephone numbers on the National Do Not Call Registry.

2. Copies of Do Not Call Registry confirmations for the putative Class members.

3. Copies of text messages received by Plaintiffs by or on behalf of Malwarebytes.

4. Call logs of text messages transmitted to Plaintiffs and the Class by or on behalf of Malwarebytes.

5. Copies of Malwarebytes' employee training materials concerning telemarketing and compliance with the Telephone Consumer Protection Act.

6. Copies of Malwarebytes' policies and procedures concerning telemarketing and compliance with the Telephone Consumer Protection Act.

7. Copies of complaints and do-not-call requests concerning Malwarebytes' telemarketing campaign.

8. Copies of Wewe Media's policies and procedures concerning telemarketing and compliance with the Telephone Consumer Protection Act that were obtained by Malwarebytes.

9. Copies of complaints and do-not-call requests concerning Wewe Media's telemarketing campaign on behalf of Malwarebytes.

10. Internal communications of Malwarebytes' employees concerning compliance with the Telephone Consumer Protection Act.

11. Contracts between Malwarebytes and Wewe Media.

12. Written communication between Malwarebytes and Wewe Media.

13. Records of income generated by Malwarebytes through purchases made through Wewe Media's affiliate links.

14. Malwarebytes' discovery responses in this matter.

15. Documents produced by Malwarebytes in this matter.

16. Documents produced by third-parties in this matter.

17. Transcripts of depositions taken in this matter.

18. Reports prepared by expert witnesses in this matter and exhibits to same.

19. Copies of statutes and regulations applicable to Plaintiffs' claims.

Dated: September 23, 2024               Respectfully submitted,

                                        **GOLD LAW, PA**

                                        */s/ Christopher Gold*
                                        Christopher Gold
                                        Florida Bar No. 088733
                                        350 Lincoln Rd., 2nd Floor
                                        Miami Beach, FL 33139
                                        Tel: 561-789-4413
                                        chris@chrisgoldlaw.com

                                        *Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I served the foregoing by email on all counsel of record.

                                      By:     */s/ Christopher Gold*
                                                         Christopher Gold, Esq.

                                                 *Attorney for Plaintiffs*