IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Thomas Roehrman, and AnnaMarie Stapinski, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:24-cv-01039-TWP-MG |
| Plaintiffs, | ) ) | **CLASS ACTION** **JURY DEMAND** |
| v. | ) ) | |
| Malwarebytes Inc., | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

Defendant, Malwarebytes Inc., pursuant to the parties proposed Joint Case Management Plan (ECF No. 17), submits its Preliminary Witness and Exhibit List.

## PRELIMINARY WITNESS LIST

The following people may be called to testify at trial:

1. Thomas Roehrman.

2. Annamarie Stapinski.

3. Ameet Matharu.

4. Mark Beare.

5. Farees Mohiuddin.

6. Corporate representatives of Defendant.

7. Corporate representatives of WeWe Media Group Pte Ltd. ("WeWe Media").

8. Any individual listed in Plaintiffs' Initial Disclosures or on any witness list.

9.   Individuals identified or referenced in written discovery responses, documents tendered or produced during discovery, deposition testimony and/or deposition exhibits.

10.  Record custodian(s) necessary to authenticate documents.

11.  Any individual(s) needed for impeachment or rebuttal.

12.  If Defendant subsequently determines that other or additional witnesses will be called to testify on its behalf, other than for purposes of impeachment or rebuttal, Plaintiffs will be so advised. Defendant hereby reserves the right to add to or otherwise amend the foregoing list of witnesses both during and after the completion of discovery.

## PRELIMINARY EXHIBIT LIST

1.   Copies of text messages allegedly received by Plaintiffs by or on behalf of Defendant.

2.   Copies of Defendants' relevant policies and procedures.

3.   Contracts between Defendant and Wewe Media.

4.   Written communication between Defendant and Wewe Media.

5.   Written communication by and between Plaintiffs concerning the text messages allegedly received by Plaintiffs by or on behalf of Defendant.

6.   Complaints filed by Plaintiffs alleging other violations of the Telephone Consumer Protection Act.

7.   All documents related to Plaintiffs' allegations.

8.   All pleadings, affidavits, and other matters filed with the Court.

9.   All documents attached as exhibits to pleadings in this matter.

10.  All discovery responses in this matter, including documents produced.

11.  All transcripts of depositions taken in this matter, including exhibits.

12.    Documents generated by and/or provided to other witnesses.

13.    Any report prepared by an expert witness in this case.

14.    All documents relied upon by any expert of any party in this action.

15.    The curriculum vitae of any expert witness in this case.

16.    All exhibits needed for authentication.

17.    All documents that may be produced by non-parties to this action.

18.    Any documents referenced in Plaintiffs' Initial Disclosures or on any exhibit list.

19.    Any and all documents necessary for impeachment or rebuttal.

20.    Summaries or compilations of any of the foregoing documents.

Respectfully submitted,

*/s/ Kaylin O. Cook*
F. Anthony Paganelli, IN 18425-53
Kaylin O. Cook, IN 36921-49
PAGANELLI LAW GROUP
10401 N. Meridian Street, Suite 450
Indianapolis, IN 46290
Tel.: 317-550-1855
Fax: 317-569-6016
tony@paganelligroup.com
kcook@paganelligroup.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a copy of the foregoing was filed and served electronically.

*/s/ Kaylin O. Cook*
Kaylin O. Cook