## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS ROEHRMAN and ANNAMARIE STAPINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MALWAREBYTES INC.,<br><br>Defendant. | Case No. 1:24-cv-01039-TWP-MG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Thomas Roehrman and Annamarie Stapinski, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby file this notice of voluntary dismissal with prejudice as to plaintiffs claims and without as to his individual claims and the claims of the putative Class.

Dated: January 9, 2025

Respectfully submitted,

*/s/ Chris Gold*
Chris Gold
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 561-789-4413
chris@chrisgoldlaw.com

*Counsel for Plaintiff*